FILED

11/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0556

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0556

STATE OF MONTANA,

Plaintiff and Appellee,

v.

FREDERICK CHARLES DAY,

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 3, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 26 2024